UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| IN THE MATTER OF THE COMPLAINT OF PLIMSOLL MARINE, INC., AS OPERATOR AND OWNER *PRO HAC VICE*, OF THE M/V MARGARET, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. <br><br> SECTION "__" <br> Judge <br><br> MAGISTRATE "__" <br> Magistrate Judge |
|---|---|

## DECLARATION OF VALUE

I, Kyle J. Smith, state:

1. I am a person of the full age of majority and qualified to give this declaration.

2. I am a certified marine surveyor (NAMS, CMS #118795).

3. I have 30 years of experience as a marine surveyor.

4. During the course of my career, I have obtained a significant amount of experience both surveying damage to and valuing a wide variety of inland and offshore vessels.

5. I am familiar with the M/V MARGARET.

6. It is my opinion that the fair and reasonable market value of the M/V MARGARET as of January 19, 2019 was approximately USD $324,305.55.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 11th day of December, 2019 in New Orleans, Louisiana.

_____
Kyle J. Smith