CAUSE NO. 2019-57938

| | |
|---|---|
| DAVID LEWIS,<br><br>PLAINTIFF,<br><br>Versus<br><br>COOPER/PORTS AMERICA, LLC; COOPER/T. SMITH STEVEDORING COMPANY, INC.; COOPER MARINE & TIMBERLANDS CORP.; and COOPER TIMBERLANDS, INC.<br><br>DEFENDANTS. | IN THE DISTRICT COURT<br><br>HARRIS COUNTY, TEXAS<br><br>127TH CIVIL COURT |

## NOTICE OF STAY

NOW INTO COURT, through undersigned counsel, come defendants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Marine and Timberlands Corp., and without waiving any defenses previously asserted or otherwise available to it, including jurisdictional defenses associated in their special appearance, file the Order for Ad Interim Stipulation and Directing Issuance of Notice and Restraining Suits issued by the United States District Court for the Middle District of Louisiana which restrains or otherwise stays any and all claims related to this incident against the M/V MARGARET, and its alleged owners, operators or their respective officers, agents, servants, employers or affiliated companies that are not asserted in that litigation, including this matter.

Respectfully submitted this 29th day of January, 2020.

MILLER HAHN, PLLC

By: /s/ Allan C. Crane
Allan C. Crane (TX Bar #24102770)
365 Canal St., Ste. 860
New Orleans, LA 70130
Tele: (504) 684-5044
Fax: (866) 578-2230
Email: acrane@millerlaw-firm.com
Attorneys for Defendants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Marine & Timberlands Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record below in accordance with the Texas Rules of Civil Procedure on this 29th day of January, 2020.

Marcus R. Spagnoletti
Spagnoletti & Co.
Emails: mspagnoletti@spaglaw.com
401 Louisiana Street, 8th Floor
Houston, Texas 77002

*Attorney for Plaintiff, David Lewis*


James R. Koecher
Brown Sims
1177 West Loop South
Tenth Floor
Houston, Texas 77027
Email: rkoecher@brownsims.com

*Attorney for Defendants,*
*Cooper/Ports America, LLC and*
*Cooper Timberlands, Inc.*

/s/ Allan C. Crane

Unofficial Copy Office of Marilyn Burgess District Clerk

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT         CIVIL ACTION
OF PLIMSOLL MARINE, INC., AS
OPERATOR AND OWNER *PRO HAC
VICE*, OF THE M/V MARGARET, FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY                           NO: 19-00861-BAJ-RLB

### ORDER FOR AD INTERIM STIPULATION AND DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS

A Complaint for Exoneration From or Limitation of Liability having been filed herein on the 12th day of December, 2019, by Petitioner Plimsoll Marine, Inc., as operator, owner, and/or owner *pro hac vice* of the M/V MARGARET pursuant to 46 U.S.C. § 30501 *et seq.*, Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, and Federal Rules of Civil Procedure for the exoneration from or limitation of liability with respect to a maritime casualty that occurred on January 19, 2019, when David Lewis was injured while serving as a member of the crew of the M/V MARGARET while that vessel was located on the Mississippi River at or near Mile Marker 175 near Darrow, Louisiana. In its Complaint, Petitioner stated the facts and circumstances upon which exoneration from and limitation of liability are claimed, have shown the value of their interests in the M/V MARGARET after the incident, and have prayed for leave to file a stipulation for the amount of this value pending any appraisal and to give an *ad interim* stipulation/bond as security and to obtain an Order Directing Issuance of Notice and to obtain a Restraining Order.

From the pleadings, it appears the post-accident value of Plimsoll's interests in the M/V MARGARET did not exceed $324,305.55, and that Plimsoll has filed, as security herein, an *Interim* Stipulation and Bond for Value of Vessel, through a bond from Travelers Casualty and Surety Company of America, in the total sum of $324,305.55, which is equal to the sum of Plimsoll's interest in the M/V MARGARET, with interest thereon at a rate of 6% per annum from the date thereof.

Accordingly,

**IT IS ORDERED** that the *Ad Interim* Stipulation and Bond for Value of Vessel (Doc. 3–1) is accepted as an *Ad Interim* Stipulation and adequate security for this limitation of liability proceeding and that it is approved as to form, quantum and surety without prejudice to the due appraisal of Plimsoll Marine, Inc.'s interests under further orders of the Court, if such is deemed necessary, and any party has the right to apply to have the amount of the said stipulation increased or decreased as the Court may direct;

**IT IS FURTHER ORDERED** that a Notice shall be issued by Petitioner to all persons asserting claims for damage for any and all losses, injuries or death and destruction arising out of or occurring by reason of the Incident, citing them to appear before this Court and file their respective claims with the Clerk of Court, in writing, and directing any person, firm or corporation or other entity, private or public, claiming damages as aforesaid, who shall desire to contest the Complaint of Plimsoll

2

Marine, Inc., shall answer said Complaint and serve copies of their Answer thereof on the attorneys for Plimsoll Marine, Inc., on or before the **15th day of April, 2020**;

**IT IS FURTHER ORDERED** that Petitioner shall provide public notice by publication thereof in *The Advocate*, published in the City of Baton Rouge, State of Louisiana, as provided by Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the United States Supreme Court, and Plimsoll Marine, Inc. shall mail also, not later than one (1) day after the second publication, a copy of said public notice to every person, firm or corporation known to have made a claim against the M/V MARGARET and/or Plimsoll Marine, Inc. arising out of said Incident;

**IT IS FURTHER ORDERED** that a Restraining Order be issued restraining and enjoining all claims and proceedings against Plimsoll Marine, Inc., its respective officers, agents, servants, employees or affiliated companies, underwriters or against the M/V MARGARET itself, or any of its alleged owners or operators arising out of or attributable to the incident in any Court whatsoever, except in this proceeding in respect to any matter arising out of or in conjunction with the aforesaid maritime casualty of January 19, 2019, described in Plimsoll Marine, Inc.'s Complaint, and that any pending actions against said vessel, its alleged owners and operators, and Plimsoll Marine, Inc. its respective officers, agents, servants, employees or affiliated and related companies and underwriters shall cease and that the Court enjoins the further prosecution of any action or proceeding against the M/V MARGARET, any of its alleged owners and operators, Plimsoll Marine, Inc., its respective officers, agents, servants, employees or affiliated and related companies and underwriters with

reference to any claim arising out of or connected with the Incident until the termination of this proceeding.

.

Baton Rouge, Louisiana, this **24th** day of January, 2020.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Unofficial Copy Office of Marilyn Burgess District Clerk