UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PLIMSOLL MARINE, INC., AS OPERATOR AND OWNER *PRO HAC VICE,* OF THE M/V MARGARET, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 3:19-cv-00861<br><br>District Judge Brian A. Jackson<br><br>Magistrate Judge Richard L. Bourgeois, Jr. |

JOINT MOTION FOR AGREED AMENDED SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Limitation Plaintiff, Plimsoll Marine, Inc., and Claimants, Cooper Marine & Timberlands Corp., Cooper/T. Smith Stevedoring Company, Inc. and David Lewis, move this Court for an amendment of the Scheduling Order (DN. 19) to extend certain deadlines as set forth below:

Discovery: Extend from current deadline of November 5, 2021 to January 31, 2022;

Defendant Expert Designation: Extend from current deadline of September 6, 2021 to December 2, 2021;

Plaintiff's Expert Reports: Extend from current deadline of November 5, 2021 to December 21, 2021;

Defendant Expert Reports: Extend from current deadline of December 6, 2021 to January 21, 2022;

Expert Depositions: Extend from current deadline of January 5, 2022 to February 1, 2022;

All other dates in the Scheduling Order shall remain in place. The parties are in agreement with the changes and submit that the proposed extensions are necessary to complete discovery

delayed by Hurricane Ida, depose some witnesses who are not under the control of the parties and that the extensions will not affect other substantive deadlines or the trial date.

Respectfully submitted this 13th day of December, 2021.

MILLER HAHN, PLLC

/s/ Kent B. Ryan
Kent B. Ryan
365 Canal Street, Suite 860
New Orleans, LA 70130
Telephone:    (504) 684-5044
Facsimile:    (866) 578-2230
Email: kryan@millerlaw-firm.com
Attorney for Plimsoll Marine, Inc. and Claimants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Marine & Timberlands Corp.

SPAGNOLETTI LAW FIRM

/s/ Eric J. Rhine
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656
Email: erhine@spaglaw.com

-and-

MANSFIELD, MELANCON, CRANMER & DICK, LLC
Scott M. Mansfield, Bar # 36563
2133 Silverside Drive, Suite B
Baton Rouge, LA 70808
Telephone: (225) 612-0800
Facsimile: (225) 754-9127
Email: scott@mmcdlaw.com
Attorney for Claimant, David Lewis

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of December, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, having enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                  */s/ Kent B. Ryan*
                                                   Kent B. Ryan