UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF § <br> PLIMSOLL MARINE, INC., AS OPERATOR § <br> AND OWNER *PRO HAC VICE*, OF THE § <br> M/V MARGARET, FOR EXONERATION § <br> FROM OR LIMITATION OF LIABILITY § | C.A. NO. 3:19-cv-00861-BAJ-RLB |

### **CLAIMANT'S RULE 60(B)(6) MOTION TO REOPEN CASE TO ENFORCE SETTLEMENT AGREEMENT AND INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, comes David Lewis ("Lewis"), claimant in this proceeding, who, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to reopen this matter to enforce a settlement agreement.

This limitation action arises out of a workplace maritime injury on or about January 19, 2019. On March 28, 2022, after successful mediation, the parties reached a settlement agreement, requiring Claimant to execute a release memorializing the terms of that agreement. On May 2, 2022, Claimant executed the Release, Covenant Not to Sue, Receipt and Indemnity Agreement (the "Release"), a true and correct copy of which is attached hereto as **Exhibit "A."** Thereafter, on motion of the parties, this Court entered an order of dismissal with prejudice on May 12, 2022. For the reasons explained below, Claimant seeks relief from the Order of Dismissal pursuant to Rule 60(b)(6) for the limited purpose of enforcing of the terms of the Release.

As is relevant here, the settlement agreement and Release provides in part:

LEWIS expressly agrees that the RELEASED PARTIES are not responsible for the payment of any medical bills or expenses for actual treatment that had not already been received by PLIMSOLL as of March 28, 2022. **RELEASED PARTIES will pay outstanding medical costs through March 28, 2022, but only the balances previously agreed by the parties at mediation, which are limited to $59,770.00 for Louisiana Pain Specialists…**

**Release, Ex. A, p. 8 (emphasis added).** Notwithstanding Defendants' express assumption of Claimant's obligation to pay the outstanding balance of medical bills in this case to Louisiana Pain Specialists, Defendants have continuously failed or refused for years to make full payment despite amicable demand, with an outstanding balance of $33,600.00 still owed. *See* **Certificate of Billing Records executed by Corrie Spano, Custodian of Records for Louisiana Pain Specialists, Exhibit "B."** This failure by Defendants to fulfill the agreed-upon terms necessitates the enforcement of the settlement agreement to ensure compliance and resolution of the matter.

The Release further provides for the recovery of attorneys' fees in the event of default by either party should the enforcement of the Release become necessary: "It is agreed the prevailing party in any litigation which is brought to enforce this Agreement will be entitled to recover his or its attorneys' fees and expenses from the party adjudged to be in default in its obligations under this Agreement." **Release, Ex. A, p. 8.**

As of the filing of this motion, Scott M. Mansfield, the undersigned counsel for Claimant have spent a collective total of 10.25 hours in the efforts of enforcing these terms of the Release. *See* **Affidavit of Attorneys' Fees by Scott Mansfield, Exhibit "C."** Accordingly, Claimant respectfully requests an award of $3,587.50, representing the amount of time spent in the enforcement of these obligations at a reasonable hourly rate of $350.00 per hour.

As of the filing of this motion, Eric J. Rhine, the undersigned counsel for Claimant has spent a collective total of 2.5 hours in the efforts of enforcing these terms of the Release. *See* **Affidavit of Attorneys' Fees by Eric J. Rhine Exhibit "D."** Accordingly, Claimant respectfully requests an award of $875.00, representing the amount of time spent in the enforcement of these obligations at a reasonable hourly rate of $350.00 per hour.

As of the filing of this motion, Marcus R. Spagnoletti, the undersigned counsel for Claimant have spent a collective total of 10.0 hours in the efforts of enforcing these terms of the Release. *See* **Affidavit of Attorneys' Fees by Marcus R. Spagnoletti, Exhibit "E"** Accordingly, Claimant respectfully requests an award of $3,500.00, representing the amount of time spent in the enforcement of these obligations at a reasonable hourly rate of $350.00 per hour.

**WHEREFORE,** Claimant respectfully moves for an order granting this Motion to Reopen Case to Enforce Settlement Agreement, reopening this matter for the limited purpose of enforcing the Release, compelling Defendants to satisfy its the subject outstanding medical balance in the amount of $33,600.00 as contractually obligated, and awarding to Claimant reasonable attorneys' fees in the amount of $7,962.50.

Respectfully submitted,

*/s/ Scott M. Mansfield*
Scott M. Mansfield, Bar # 36563
Collin R. Melancon, Bar #36582
Kelley R. Dick, Jr., Bar #36434
MANSFIELD, MELANCON, CRANMER & DICK, LLC
404 Europe Street
Baton Rouge, LA 70802
Telephone: (225) 612-0800
Facsimile: (225) 754-9127
Email: scott@mmcdlaw.com

and
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:    713-653-5600
Facsimile:    713-653-5656

ATTORNEYS FOR DAVID LEWIS

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was forwarded to all counsel of record and/or unrepresented parties by electronic filing with the Clerk of Court using the CM/ECF system, which provides notice by operation of the CM/ECF system, and/or electronic mail, and/or by United States Mail, on this 18th day of June, 2025 in Metairie, Louisiana.

                                      **/s/Scott M. Mansfield**
                                        Scott M. Mansfield